Paul Glusman (State Bar No. 65942)
2041 Bancroft Ave., Suite 207
Berkeley, California 94704
Phone: 510.841-4900
Fax: 510.845-6419
email: pglusman@earthlink.net

Attorney for Plaintiffs

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

TROY LOGAN, Plaintiff

vs.

COGENT COMMUNICATIONS INC.,

Defendants.

No. C 09-02885 CRB

DECLARATION OF PAUL GLUSMAN, STIPULATION, AND ~~PROPOSED~~ ORDER RESETTING AND ADVANCING INITIAL CASE MANAGEMENT CONFERENCE FROM OCTOBER 9, 2009 TO OCTOBER 2, 2009

I, Paul Glusman declare that:

1. I am the attorney for Plaintiff in this case.

2. The Initial Case Management Conference in this case is set for October 9, 2009.

2. I have been invited to, and plan to, attend the wedding of a cousin and related family activities on the east coast of the United States during the period of October 9 - 11, 2009, and this will conflict with my ability to attend the Initial Case Management Conference.

3. I have conferred with counsel for Cogent Communications, David Lucero of

1

Declaration, Stipulation and ~~Proposed~~ Order
Resetting Initial CMC etc.
Logan v. Cogent Communications, Inc. No. C 09-02885 CRB

Lewis Brisbois Bisgaard & Smith LLP, and we have agreed that we are both available for an Initial Case Management Conference on October 2, 2009, and have agreed to stipulate to advance it to that date.

**STIPULATION**

It is hereby stipulated by counsel for each of the parties that the Initial Case Management Conference in this case be rescheduled from October 9, 2009, and advanced to October 2, 2009 at 8:30 a.m. before the Honorable Charles R. Breyer, United States District Judge.

July 24, 2009                    Paul Glusman

_____
Attorney for Plaintiff Troy Logan

July 28 2009                     Lewis Brisbois Bisgaard & Smith LLP,

_____
By David Lucero
Attorneys for Defendant Cogent
Communications Inc.

PURSUANT TO STIPULATION IT IS SO ORDERED

July 31, 2009                    Hon. Charles R Breyer, United States
                                 District Judge

_____

2

Declaration, Stipulation and Proposed Order
Resetting Initial CMC etc.
Logan v. Cogent Communications, Inc. No. C 09-02885 CRB