Paul Glusman (State Bar No. 65942)
2041 Bancroft Ave., Suite 207
Berkeley, California 94704
Phone: 510.841-4900
Fax: 510.845-6419
email: pglusman@earthlink.net

Attorney for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TROY LOGAN, Plaintiff<br><br>vs.<br><br>COGENT COMMUNICATIONS INC.,<br><br>      Defendant. | No. C 09-02885 CRB<br><br>STIPULATION FOR DISMISSAL WITH PREJUDICE, ORDER THEREON under FRCP 41 |

Pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure and a settlement reached by the parties Plaintiff Troy Logan and Defendant Cogent Communications, Inc., by and through their respective counsel of record, hereby stipulate to and request a dismissal with prejudice of this entire action, including any and all claims and causes of action alleged against any and all defendants, with each party to bear its own attorney's fees and costs.

///

///

1

IT IS SO STIPULATED.

Dated: February 23, 2010

Lewis Brisbois Bisgaard & Smith LLP

By: David Lucero

*[signature]*

Attorney for Defendant Cogent Communications Inc.

Dated: February 23, 2010

Paul Glusman

*[signature]*

Attorney for Plaintiff Troy Logan

ORDER

Based on the stipulation of the parties and good cause appearing, IT IS HEREBY ORDERED that this action is dismissed with prejudice and each party will bear its own costs and attorney fees.

DATED: March 3, 2010

CHARLES R. BREYER
UNITED STATES DISTRICT [JUDGE]

*[Seal: UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA — IT IS SO ORDERED, Judge Charles R. Breyer]*

2